# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2909 Disciplinary Docket No. 3 |
| | : | |
| CLARISSA THOMAS A/K/A CLARISSA | : | No. 112 DB 2022 |
| THOMAS EDWARDS A/K/A CLARISSA | : | |
| T. EDWARDS | : | (District of Columbia Court of Appeals, |
| | : | No. 19-BG-659) |
| | : | |
| | : | Attorney Registration No. 58582 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

**AND NOW**, this 8th day of November, 2022, having failed to respond to a Notice and Order directing her to provide reasons against the imposition of reciprocal discipline, Clarissa Thomas, a/k/a Clarissa Thomas Edwards, a/k/a Clarissa T. Edwards, is suspended from the practice of law in the Commonwealth of Pennsylvania for a period of two years. She shall also comply with all the provisions of Pa.R.D.E. 217.